| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bloom, Beth F. | 2. Court or Organization<br><br>United States District Court, Southern District of Florida | 3. Date of Report<br><br>02/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Court Judge, active status | 5a. Report Type (check appropriate type)<br><br>☑ Nomination     Date 02/06/2014<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>02/04/2014 |

**7. Chambers or Office Address**

Dade County Courthouse
73 West Flagler Street, Room 412
Miami, Florida 33130

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Children's Craniofacial Association, Miami Children's Hospital |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/20/1995 | State of Florida, Division of Retirement Pension Plan, payable upon retirement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | State of Florida, Salary | $142,178.00 |
| 2. 2013 | State of Florida, Salary | $142,178.00 |
| 3. 2014 | State of Florida, Salary | $8,766.00 |
| 4. 2012 | ASCAP, Music Royalties | $2,307.00 |
| 5. 2013 | ASCAP, Music Royalties | $2,240.00 |
| 6. 2014 | ASCAP, Music Royalties | $0.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Distribution from Koniver Stern Group |
| 2. 2014 | Distribution from Koniver Stern Group |
| 3. 2013 | Distribution from the Stern Organization |
| 4. 2014 | Distribution from the Stern Organizarion |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank United | Mortgage, Investment Property #1, Miami Beach, Florida (Part VII, Line 1) | M |
| 2. | Bank United | Mortgage, Investment Property #2, Miami Beach, Florida (Part VII, Line 2) | N |
| 3. | City National Bank | Mortgage, Investment Property #3, Miami Beach, Florida (Part VII, Line 3) | P1 |
| 4. | City National Bank | Mortgage, Investment Property #5, Miami Beach, Florida (Part VII, Line 5) | P1 |
| 5. | City National Bank | Mortgage, Investment Property #6, Miami Beach, Florida (Part VII, Line 6) | N |
| 6. | Sabadell United Bank | Mortgage, Investment Property #7, Miami Beach, Florida (Part VII, Line 7) | P1 |
| 7. | Sabadell United Bank | Mortgage, Investment Property #8, Miami Beach, Florida (Part VII, Line 8) | M |
| 8. | City National Bank | Mortgage, Investment Property #9, Miami Beach, Florida (part VII, Line 9) | O |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 02/06/2014 |

# VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Investment Property #1, Miami Beach, Florida | | None | O | W | | | | | |
| 2. | Investment Property #2, Miami Beach, Florida | | None | O | W | | | | | |
| 3. | Investment Property #3, Miami Beach, Florida | G | Distribution | P2 | W | | | | | |
| 4. | Investment Property #4, Miami, Florida | | None | N | W | | | | | |
| 5. | Investment Property #5, Miami Beach, Florida | | None | O | W | | | | | |
| 6. | Investment Property #6, Miami Beach, Florida | G | Distribution | O | W | | | | | |
| 7. | Investment Property #7, Miami Beach, Florida | F | Distribution | P1 | W | | | | | |
| 8. | Investment Property #8, Miami Beach, Florida | F | Distribution | N | W | | | | | |
| 9. | Investment Property #9, Miami Beach, Florida | D | Distribution | O | W | | | | | |
| 10. | Miami Beach LLC | | None | O | W | | | | | |
| 11. | Palm Beach LLC | | None | N | W | | | | | |
| 12. | American Funds Europacific Growth Fund | | None | K | T | | | | | |
| 13. | Invesco Mid Cap Growth Fund | | None | K | T | | | | | |
| 14. | MFS Mass Investors Growth Stock Fund | | None | K | T | | | | | |
| 15. | Vanguard Total Stock Market Fund | | None | L | T | | | | | |
| 16. | Wells Fargo Adv. Opportunity Fund | | None | J | T | | | | | |
| 17. | Citibank, Cash Accounts | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coconut Grove Bank, Cash Accounts | A | Int./Div. | K | T | | | | | |
| 19. Gibralter Bank, Cash Accounts | A | Int./Div. | N | T | | | | | |
| 20. JGB Bank, Cash Accounts | B | Int./Div. | O | T | | | | | |
| 21. Marquis Bank, Cash Accounts | B | Int./Div. | O | T | | | | | |
| 22. Professional Bank, Cash Accounts | C | Int./Div. | P1 | T | | | | | |
| 23. Wells Fargo Bank, Cash Accounts | A | Int./Div. | M | T | | | | | |
| 24. Bank United, Cash Accounts | A | Int./Div. | N | T | | | | | |
| 25. Sabadell Bank, Cash Accounts | B | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 02/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Beth F. Bloom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 4 | 659 | 743 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 186 | 381 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 1 | 125 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 5 | 803 | 312 |
| Real estate owned – see schedule | 21 | 196 | 185 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Florida Retirement System Pension Plan | | 90 | 369 | | | | |
| | | | | | | | |
| | | | | Total liabilities | 5 | 803 | 312 |
| | | | | Net Worth | 21 | 554 | 366 |
| Total Assets | 27 | 357 | 678 | Total liabilities and net worth | 27 | 357 | 678 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |